JPML FORM 1A                         DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 341 -- IN RE TOYOTA MOTOR SALES ANTITRUST LITIGATION

| Date | No. Code | |
|---|---|---|
| 2/13/78 | | ORDER TO SHOW CAUSE -- Why A-1 through A-4 should not be transferred to one district for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. (cds) |
| 2/21/78 | | REQUEST FOR EXTENSION TO FILE A RESPONSE -- Plaintiff Daniel J. Murray GRANTED TO PLAINTIFF Murray to March 13, 1978 (rew) |
| 2/23/78 | | APPEARANCES -- BRUCE W. OWENS, ESQ. for Toyota Motor Sales, USA, Inc. Toyota Motor Distributors, Inc. Toyota Motor Co., Ltd. Toyota Mid-America Distributors Toyota Motor Sales Co., Ltd. JOHN W. McINNIS, ESQ. for Gulf States Toyota, Inc. Thomas H. Friedkin JAMES R. SAFLEY, ESQ. for Daniel J. Murray, d/b/a Big Sky Toyota W. DOUGLAS CAMPBELL, ESQ. for Toyota of Tallahassee, Inc. DAVID J. LEONARD, ESQ. for Precision Toyota, Inc. (cds) |
| 2/23/78 | | REQUEST FOR EXTENTION OF TIME -- Defendants Toyota Motor Co.-- GRANTED TO ALL PARTIES -- to and including March 13, 1978 (cds) |
| 2/27/78 | | APPEARANCES -- WILLIAM E. SADOWSKI, ESQ. for Southeast Toyota Distributors, Inc. FRANK SAUNDERS, JR., ESQ. for Merriam Toyota, Inc. |
| 2/27/78 | | REQUEST FOR EXTENSION TO FILE A RESPONSE -- Southeast Toyota Distributors, Inc. GRANTED TO ALL PARTIES TO AND INCLUDING 3/13/78 (emh) |
| 2/27/78 | | REQUEST FOR EXTENSION TO FILE A RESPONSE -- Plaintiff Precision Toyota, Inc. GRANTED TO ALL PARTIES TO AND INCLUDING 3/13/78 (emh) |
| 3/2/78 | | HEARING ORDER -- Setting A-1 thru A-4 for hearing to be held in Wash., D.C. on 3/31/78. (ea) |
| ~~3/6/78~~ | | ~~Change of Appearance from Sadowski to Jose A. Martinez and Robert Sondak, Esq. for Southeast Toyota, Distributors, Inc.~~ |
| 3/6/78 | | APPEARANCE -- William E. Sadowski, Esq. for James Moran |
| 3/13/78 | 1 | RESPONSE -- PRECISION TOYOTA, INC., MEMORANDUM and Cert. of Svc. (rew) |
| 3/13/78 | 2 | RESPONSE -- MERRIAM TOYOTA, INC. w/cert. of service (rew) |
| 3/13/78 | 3 | RESPONSE -- DANIEL J. MURRAY w/cert. of service (rew) |
| 3/16/78 | 4 | RESPONSE -- Southeast Toyota Distributors, Inc. & James Moran w/Exhibit A & B, w/cert. of service (emh) |
| 3/17/78 | | LETTER -- Counsel for TOYOTA listing three similar actions: Evanston Mtr. v. Toyota, et al., N.D.Ill, 74-C-803 Toyota of Ft. Wayne v. Toyota, et al., N.Ind., F-78-16 LaForet v. Toyota, et al. E.D. Pa., 74-1155 |
| 3/20/78 | 5 | RESPONSE IN OPPOSITION TO MOTION TO TRANSFER, w/cert. of service -- Toyota Motor Sales, U.S.A., Inc. (ea) |
| ~~3/22/78~~ | | ~~HEARING APPEARANCE -- MARCH 31, 1978 HEARING -- Washington, D.C. William D. Lann, Esquire for First National and Wrenco, Okla.; Brooke S. Murphy, Esq. for the First National Bank and Trust Co. of Ponca City, Oklahoma~~ |
| ~~3/22/78~~ | | ~~WAIVERS OF ORAL ARGUMENT -- Albert R. Matthews, Esq. for Iliff Ind., Inc. Robert K. McCune, Esq. for ...~~ |

JPML FORM 1A - Continuation                           DOCKET ENTRIES -- p. 2

DOCKET NO. 341 -- IN RE TOYOTA MOTOR SALES ANTITRUST LITIGATION

| Date | No. Code | |
|---|---|---|
| 3/22/78 | | HEARING APPEARANCE -- MARCH 31, 1978 -- WASHINGTON, D.C.<br>  Bruce W. Owens, Esquire for Toyota Motor Sales, U.S.A., Inc.<br>    Toyota Motor Distributors, Inc., Toyota Mid-America Distributors Inc., Toyota Motor Co., Ltd., Toyota Motor Sales Co., Ltd.<br>  William E. Sadowski, Esquire for Southeast Toyota Distributors, Inc.<br>  David Leonard, Esquire for Precision Toyota, Inc.<br>  Frank Saunders, Jr., Esq. for Merriam Toyota, Inc. |
| 3/22/78 | | WAIVER OF ORAL ARGUMENT -- MARCH 31, 1978 -- Washington, D.C.<br>  James R. Safley, Esq. for Daniel J. Murray d/b/a Big Sky Toyota |
| 4/4/78 | | ORDER -- Denying Transfer of four actions and Vacating XXXXXXXXXXX Show Cause Order -- Notified Involved counsel and clerks and judges (cds) |

DOCKET NO. __341__ -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: IN RE TOYOTA MOTOR SALES ANTITRUST LITIGATION

## Summary of Panel Actions

Date(s) of Hearing(s) _3/31/78_

Consolidation Ordered _____  Consolidation Denied _APR 4 1978_

Opinion and/or Order _ORDER 4/4/78_

Citation _Unpublished_

Transferee District _____  Transferee Judge _____

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Merriam Toyota, Inc. v. Toyota Motor Sales, USA, Inc., et al. | D. Kan. O'Connor | 76-0270-C2 | | | | |
| A-2 | Daniel J. Murray, d/b/a Big Sky Toyota, etc. v. Toyota Motor Distributors, Inc., et al. | D. Mont. Battin | CV77-96-Blg | | | | |
| A-3 | Toyota of Tallahassee, Inc. v. Toyota Motor Co., Ltd., et al. | N.D.Fla Stafford | TCA 77-0774 | | | | |
| A-4 | Precision Toyota, Inc. v. Toyota Motor Co., Ltd., et al. | D. Ariz. Walsh | Civ 74-243-Tuc-JAW | | | | |

JPML Form 4

## ATTORNEY SERVICE LIST
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 341 -- IN RE TOYOTA MOTOR SALES ANTITRUST LITIGATION

---

MERRIAM TOYOTA, INC. (A-1)
Frank Saunders, Jr., Esquire
Mark I Building
Suite 301
10100 Santa Fe Drive
Overland Park, Kansas  66212


DANIEL J. MURRAY d/b/a BIG SKY TOYOTA (A-2)
James R. Safley, Esq.
Robins, Davis & Lyons
33 South Fifth Street
Minneapolis, MN  55402

TOYOTA OF TALLAHASSEE, INC. (A-3)
W. Douglas Campbell, Esq.
Douglass, Powell & Davey
Post Office Box 1674
Tallahassee, Florida  32302

PRECISION TOYOTA, INC. (A-4)
David J. Leonard, Esq.
Schorr, Leonard & Felker, P.C.
Post Office Box 191
155 West Council Street
Tucson, Arizona  85702

TOYOTA MOTOR SALES, U.S.A., INC.
TOYOTA MOTOR DISTRIBUTORS, INC.
TOYOTA MOTOR CO., LTD.
TOYOTA MID-AMERICA DISTRIBUTORS, INC.
TOYOTA MOTOR SALES CO., LTD.
Bruce W. Owens, Corporate Counsel
Toyota Motor Sales, U.S.A., Inc.
2055 West 190th Street
Torrance, California  90509
JAMES MORAN
SOUTHEAST TOYOTA DISTRIBUTORS, INC.
William E. Sadowski, Esq.
Helliwell, Melrose & DeWolf
Ninth Floor
1401 Brickness Avenue
Miami, Florida  33131
GULF STATES TOYOTA, INC.
THOMAS H. FRIEDKIN
John W. McInnis, Esq.
McInnis, Fitzgerald, Rees & Sharkey
1010 Second Avenue
Suite 1300
San Diego, California  92101

JPML FORM 3

p. 1

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 341 -- IN RE TOYOTA MOTOR SALES ANTITRUST LITIGATION

| Name of Party | Named as Party in Following Actions |
|---|---|
| Toyota Motor Sales Co., USA, Inc. | A-1, A-2, A-3, A-4 |
| Toyota Mid-American Inc. | A-1 |
| Southeast Toyota Distr., Inc. | A-3, |
| James Moran | A-3 |
| Toyota Motor Sales Co., Ltd. | A-3 |
| Toyota Motor Distributors | A-2, A-4 |
| Gulf States Toyota, Inc. | A-4 |
| Thomas H. Friedkin | A-4 |
| Toyota Motor Co., Ltd. | A-3, A-4 |
|  |  |
|  |  |