DOCKET NO. 341

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE TOYOTA MOTOR SALES ANTITRUST LITIGATION

ORDER TO SHOW CAUSE

You and each of you are hereby ORDERED to show cause why the actions listed on the attached Schedule A should not be transferred pursuant to 28 U.S.C. §1407 to a single district for coordinated or consolidated pretrial proceedings.

Responses to this order shall conform with the requirements of Rule 8 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, 65 F.R.D. 253, 258-59 (J.P.M.L. 1975).

IT IS FURTHER ORDERED that the defendants Toyota Motor Distributors, Inc., Toyota Motor Sales, U.S.A., Inc. and Toyota Motor Co., Ltd. inform the Panel of additional federal actions which involve allegations similar to those involved in the actions listed on Schedule A. This notification should encompass not only additional actions which are presently pending but also all future-filed federal actions.

You are futher notified that the issuing of this order by the Panel does not affect or suspend orders and discovery proceedings in the district court in which said multidistrict litigation is pending. (Rule 16, R.P.J.P.M.L., 65 F.R.D. at 264-65)

FOR THE PANEL:

John Minor Wisdom
Chairman

Attachment

SCHEDULE A                                                          DOCKET NO. 341

### DISTRICT OF KANSAS

Merriam Toyota, Inc. v. Toyota Motor
Sales, U.S.A., Inc., et al.

Civil Action
No. 76-0270-C2

### DISTRICT OF MONTANA

Daniel J. Murray, d/b/a Big Sky Toyota,
etc. v. Toyota Motor Distributors, Inc.,
et al.

Civil Action
No. CV77-96-Blg

### NORTHERN DISTRICT OF FLORIDA

Toyota of Tallahassee, Inc. v. Toyota
Motor Co., Ltd., et al.

Civil Action
No. TCA 77-0774

### DISTRICT OF ARIZONA

Precision Toyota, Inc. v. Toyota
Motor Co., Ltd., et al.

Civil Action
No. Civ 74-243-Tuc-
JAW

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

APR -4 1978

PATRICIA D. HOWARD
CLERK OF THE PANEL

2P-341
4/4/78

DOCKET NO. 341

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE TOYOTA MOTOR SALES ANTITRUST LITIGATION

ORDER DENYING TRANSFER

The Panel ruled from the bench at the hearing on this matter that the four actions listed on the following Schedule A primarily involve questions of fact individual to each action and that transfer of these actions to a single district pursuant to 28 U.S.C. §1407 would not necessarily serve the convenience of the parties and witnesses or promote the just and efficient conduct of the actions.

IT IS THEREFORE ORDERED that the order to show cause regarding the actions listed on the following Schedule A be, and the same hereby is, VACATED, without prejudice to the right of any party to move for transfer under Section 1407 at a later date if additional actions are filed or if any party believes that future circumstances otherwise warrant transfer.

FOR THE PANEL:

John Minor Wisdom
Chairman

DOCKET NO. 341                                   Schedule A

### DISTRICT OF KANSAS                           Civil Action No.

Merriam Toyota, Inc. v. Toyota Motor             76-0270-C2
Sales, USA, Inc., et al.

### DISTRICT OF MONTANA

Daniel J. Murray, d/b/a Big Sky Toyota,          CV77-96-Blg
etc. v. Toyota Motor Distributors, Inc.,
et al.

### NORTHERN DISTRICT OF FLORIDA

Toyota of Tallahassee, Inc. v. Toyota            TCA 77-0774
Motor Co., Ltd., et al.

### DISTRICT OF ARIZONA

Precision Toyota, Inc. v. Toyota Motor           Civ 74-243-Tuc-JAW
Co., Ltd., et al.